# EXHIBIT A

# DESIGNATION OF AGENT FOR ACCESS TO SEALED
## RECORDS PURSUANT TO NYCPL 160.50[1][d]

I, _____ _____. Date of Birth ▓▓▓▓▓▓▓▓▓
SS# ▓▓▓▓▓▓▓▓▓▓ , pursuant to NYCPL § 160.50[1][d], hereby designate MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled <u>People of the State of New York v. _____</u> , Docket No. or Indictment No ▓▓▓▓▓ , in _____ Court, County of _____ , State of New York, relating to my arrest on or about _____ , may be made available for use in Civil Action _____ (S.D.N.Y.).

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

I further authorize the release of a list from the New York City Police Department that identifies all my prior arrests by date of arrest, charge(s) and disposition, including all sealed arrests.

_____
SIGNATURE

STATE OF NEW YORK        )
                        : SS.:
COUNTY OF New York       )

On this 28th day of _____ , 201_ before me personally came _____ , to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

SAMUEL COHEN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01CO6108536
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 07/02/2012

May 18, 2011