EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
------------------------------------------------------------X

Dwayne Leslie,

                              Plaintiff,

              -against-

The City of New York, et al.,

                              Defendants.

------------------------------------------------------------X

**AUTHORIZATION TO DISCLOSE MEDICAL INFORMATION**

___ Civ. ___ ( )( )

TO: _Long Island Jewish Medical Center, 270-05 76th Ave, New Hyde Park, NY 11040_
     NAME AND ADDRESS OF MEDICAL PROVIDER

I authorize the use and disclosure of _Dwayne Leslie's_ health information as described below.

**YOU ARE HEREBY AUTHORIZED** to furnish to MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, attorney for the defendants in the above-captioned case, or to his authorized representative, a certified copy of the entire medical or hospital record of _Dwayne Leslie_ (Date of Birth: ▓▓▓▓▓▓; ▓▓▓▓▓▓▓▓▓▓) who was examined or treated in your hospital or by you on or about ▓▓▓▓.

The medical record authorized for release includes any and all x-rays of said person and any and all diagnostic tests, studies, or reports of examinations relating to such person.

I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. I only authorize the release of such information to the extent that I have initialed below:

~~Sexually transmitted diseases~~

~~AIDS/HIV~~

~~Behavioral or mental health services~~

~~Treatment for alcohol and drug abuse~~

May 18, 2011

This information may be disclosed to and used by the following organization:

The Office of the Corporation Counsel
100 Church Street
New York, NY 10007

for the purpose of the defense of this civil litigation only.

    I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. Unless otherwise revoked, this authorization will expire on the following date, event or condition on the conclusion of the litigation in the above-captioned action. If I fail to specify an expiration date, event or condition, this authorization will expire in six months. I understand that authorizing the disclosure of this health information is voluntary; I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in 45 CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (Name of Medical Provider's Risk Management Office).

Dated: New York, New York
January 26, 2012

_____
D. Leslie

STATE OF NEW YORK    )
                     : SS:
COUNTY OF New York   )

    On the 26th day of January, 2012, before me personally came and appeared _____, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

SAMUEL COHEN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01CO6108536
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 07/02/2012

May 8, 2011

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
------------------------------------------------------------X

                                           Plaintiff,      **AUTHORIZATION TO DISCLOSE MEDICAL INFORMATION**

-against-

                                                                    ___ Civ. ___ ( ) ( )

The City of New York, et al.,

                                           Defendants.

------------------------------------------------------------X

TO: _Dr. Jason Portnoff / Jacobi Medical Center, 1400 Pelham Pkwy_ _____
       NAME AND ADDRESS OF MEDICAL PROVIDER

      I authorize the use and disclosure of _Dwayne Leslie's_ health information as described below.

      **YOU ARE HEREBY AUTHORIZED** to furnish to MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, attorney for the defendants in the above-captioned case, or to his authorized representative, a certified copy of the entire medical or hospital record of _Dwayne Leslie_ (Date of Birth: ███████ ; SS #: ██████) who was examined or treated in your hospital or by you on or about _____.

      The medical record authorized for release includes any and all x-rays of said person and any and all diagnostic tests, studies, or reports of examinations relating to such person.

      I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. I only authorize the release of such information to the extent that I have initialed below:

      ~~Sexually transmitted diseases~~

      ~~AIDS HIV~~

      ~~Behavioral or mental health service~~

      ~~Treatment for alcohol and drug abuse~~

      May 18, 2011

This information may be disclosed to and used by the following organization:

The Office of the Corporation Counsel
100 Church Street
New York, NY 10007

for the purpose of the defense of this civil litigation only.

    I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. Unless otherwise revoked, this authorization will expire on the following date, event or condition on the conclusion of the litigation in the above-captioned action. If I fail to specify an expiration date, event or condition, this authorization will expire in six months. I understand that authorizing the disclosure of this health information is voluntary; I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in 45 CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (Name of Medical Provider's Risk Management Office).

Dated:    New York, New York
                 January 26, 2012

STATE OF NEW YORK    )
                       : SS:
COUNTY OF New York   )

    On the 26th day of January, 2012 before me personally came and appeared _____, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that he executed the same.

                                      NOTARY PUBLIC

SAMUEL COHEN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01CO6108536
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 07/02/2012

May 18, 2011

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
------------------------------------------------------------X

Dwayne Leslie

                                   Plaintiff,

          -against-

The City of New York, et al.,

                                Defendants.

------------------------------------------------------------X

**AUTHORIZATION TO DISCLOSE MEDICAL INFORMATION**

___ Civ. ____ ( ) ( )

TO: __Dr. Keith Arbeitman, 25 Central Park W #1 New York, NY__
      NAME AND ADDRESS OF MEDICAL PROVIDER
                                                           10023-7214

      I authorize the use and disclosure of __Dwayne Leslie's__ health information as described below.

      **YOU ARE HEREBY AUTHORIZED** to furnish to MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, attorney for the defendants in the above-captioned case, or to his authorized representative, a certified copy of the entire medical or hospital record of __Dwayne Leslie__ (Date of Birth: ████ ; SS #: ████) who was examined or treated in your hospital or by you on or about _____.

      The medical record authorized for release includes any and all x-rays of said person and any and all diagnostic tests, studies, or reports of examinations relating to such person.

      I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. I only authorize the release of such information to the extent that I have initialed below:

      _____ Sexually transmitted diseases

      _____ AIDS/HIV

      _____ Behavioral or mental health service

      _____ Treatment for alcohol and drug abuse

May 18, 2011

This information may be disclosed to and used by the following organization:

The Office of the Corporation Counsel
100 Church Street
New York, NY 10007

for the purpose of the defense of this civil litigation only.

    I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. Unless otherwise revoked, this authorization will expire on the following date, event or condition on the conclusion of the litigation in the above-captioned action. If I fail to specify an expiration date, event or condition, this authorization will expire in six months. I understand that authorizing the disclosure of this health information is voluntary; I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in 45 CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (Name of Medical Provider's Risk Management Office).

Dated: New York, New York
January 26, 2012

_____

STATE OF NEW YORK      )
                       : SS.:
COUNTY OF New York     )

    On the 26th day of January, 2012, before me personally came and appeared _____, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

SAMUEL COHEN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01CO6108536
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 07/02/2012

May 18, 2011