# EXHIBIT C

GOOD DAY WE NEED THE FOLLOWING FOR
THE WEEK: 4/5–4/11

CELLPHONE    60
SEATBELTS    50
DBL PKS      65
BUS STOPS    40
TINTS        25
TRUCK RTES   2

PLEASE HAVE SUMMONS ISSUED AT APL'S:
ST JOHNS SCHENECTADY
UTICA/ST MARKS
EPKWY/WASHINGTON
PARK/VANDERBILT
EPKWY/ALBANY
*Please be advised these are new apl locations*

PLEASE ISSUE HANDICAPPED SUMMONS ON ALL TOURS

THANK YOU

10/18/10

FOR THE WEEK OF 10/18- 10/24 WE NEED:

```
DBL PKRS    25
BUS STOPS   15
SEATBLTS    50
CELLPHNS    75
TINTS        6
TRUCK RTE    5
```

Thank you,